**DISMISS and Opinion Filed August 18, 2023**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-23-00071-CV**

_____

**AUGUSTUS CEINETTE FREEMAN, III, Appellant**

**V.**

**GREGORY LEON AUSTIN AND CITY OF DALLAS, TEXAS, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-06143**

## MEMORANDUM OPINION

Before Chief Justice Burns, and Justices Molberg and Pedersen, III
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by May 12, 2023. By postcard dated June 16, 2023 we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

230071F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

AUGUSTUS CEINETTE
FREEMAN, III, Appellant

No. 05-23-00071-CV         V.

GREGORY LEON AUSTIN AND
CITY OF DALLAS, TEXAS,
Appellees

On Appeal from the 162nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-06143.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered August 18, 2023